COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Lindamood Demolition, Inc.

Appellate case number:   01-15-00981-CV

Trial court case number:  2013-76550

Trial court:                  80th District Court of Harris County

On November 24, 2015, relator, Lindamood Demolition, Inc., filed a petition for writ of mandamus challenging the trial court's November 17, 2015 "Order Compelling Forensic Examination of Lindamood Demolition, Inc.'s Electronic Data." In conjunction with its petition, relator filed a motion requesting a temporary stay of the trial court's order pending this Court's resolution of the petition.

Relator's motion for a temporary stay of the trial court's order is **granted** and it is ordered that the trial court's November 17, 2015 order in the above-referenced trial court cause is stayed. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the mandamus petition in this Court is finally decided or the Court otherwise orders the stay lifted. *See id.* Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

It is further ordered that the real parties in interest file their response to relator's petition for writ of mandamus on or before **Wednesday, December 16, 2015**.


It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                  ☑ Acting individually     ☐ Acting for the Court


Date:  November 25, 2015